DISSENTING OPINION BY SPAULDING, J.:

I dissent from the affirmance of this appeal on the basis of my dissenting opinion in *Commonwealth v. Tomski,* 213 Pa. Superior Ct. 416, 249 A. 2d 573.

HOFFMAN, J., joins in this dissent.

## Commonwealth *v.* Overstreit, Appellant.

Submitted September 9, 1968. *Lester Overstreit,* appellant, in propria persona; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Radek, Appellant.

Submitted November 11, 1968. *John J. Dean,* Assistant Trial Defender, and *George H. Ross,* Director, for appellant; *Charles B. Watkins,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN and SPAULDING, JJ., dissented.

## Commonwealth *v.* Stone, Appellant.

Submitted November 11, 1968. *John J. Dean,* for appellant; *Charles B. Watkins* and *Carol Mary Los,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM:

Order affirmed.

---

DISSENTING OPINION BY SPAULDING, J.:

I dissent from the affirmance of this appeal on the basis of my dissenting opinion in *Commonwealth v. Tomski,* 213 Pa. Superior Ct. 416, 249 A. 2d 360.

HOFFMAN, J., joins in this dissent.

## Commonwealth *v.* Villano, Appellant.

Submitted November 11, 1968. *Gerald Villano,* appellant, in propria persona; *Charles B. Watkins,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM:

Order affirmed.

---

DISSENTING OPINION BY SPAULDING, J.:

I dissent from the affirmance of this appeal on the basis of my dissenting opinion in *Commonwealth v. Tomski,* 213 Pa. Superior Ct. 416, 249 A. 2d 360.

HOFFMAN, J., joins in this dissent.

## Jordan et ux., Appellants, *v.* Rifenburg.